IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. RONALD J. STRECK, | : : : | CIVIL ACTION NO. 08-5135 |
| Plaintiffs, | : : | |
| v. | : : | |
| ALLERGAN, INC., et al., | : : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW** this **16th** day of **November, 2012,** for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion to Alter or Amend Judgment (ECF No. 178) is **DENIED.**

**It is further ORDERED** that Plaintiff's Motion for Leave to File a Reply (ECF No. 183) is **GRANTED.**[1]

**AND IT IS SO ORDERED.**

/s/ EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO,    J.**

---

[1] The Court reviewed and considered Plaintiff's reply brief in its disposition of Plaintiff's Motion to Alter or Amend Judgment.