IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. RONALD J. STRECK, | : : : | CIVIL ACTION NO. 08-05135 |
| Plaintiffs, | : : | |
| v. | : : | |
| ALLERGAN, INC., et al., | : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **30th** day of **January, 2014**, it is hereby **ORDERED** as follows:

(1) The oral motion of Plaintiff Ronald J. Streck and Defendants AstraZeneca and Cephalon is **GRANTED** and the case shall be **stayed** for Defendants AstraZeneca and Cephalon so that the parties may review the proposed settlement agreements of those defendants;[1]

(2) The case, including discovery, will continue with Defendants Biogen and Genzyme as previously scheduled and in accordance with the Court's previous orders; and

(3) A status and scheduling conference shall be held on **May 12, 2014, at 2:00 p.m.** in Courtroom 15A, James A Byrne

---

[1] Should the parties not approve the settlement agreements, Defendants AstraZeneca and Cephalon may request additional discovery as needed.

United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

<u>/s/ Eduardo C. Robreno</u>
**EDUARDO C. ROBRENO,   J.**