IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, et al.,      :     CIVIL ACTION
ex rel. RONALD J. STRECK,              :     NO. 08-05135
                                       :
          Plaintiffs,                  :
                                       :
     v.                                :
                                       :
ALLERGAN, INC., et al.,                :
                                       :
          Defendants.                  :

**O R D E R**

And now, this **13th** day of **May, 2014,** for the reasons set forth on the record in open court on May 12, 2014, it is hereby **ORDERED** that Plaintiff's Motion to Compel (ECF No. 234) is **DENIED.** It is **FURTHER ORDERED** that Plaintiff's Motion to Seal (ECF No. 233) is **GRANTED,** and Plaintiff's Motion for Leave to File a Reply Brief (ECF No. 241) is **GRANTED.**[1]

          **AND IT IS SO ORDERED.**

                              **/s/ Eduardo C. Robreno**
                              **EDUARDO C. ROBRENO,     J.**

---

[1]          The Court considered the contents of Plaintiff's reply brief in determining the Motion to Compel.