```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, et al.,  :   CIVIL ACTION
ex rel. RONALD J. STRECK,          :   NO. 08-05135
                                   :
          Plaintiffs,              :
                                   :
     v.                            :
                                   :
ALLERGAN, INC., et al.,            :
                                   :
          Defendants.              :
```

**O R D E R**

**AND NOW**, this **13th** day of **August, 2014**, it is hereby **ORDERED** as follows:

(1) The oral motion of the parties for a stay of discovery is **GRANTED,** and discovery in the case shall be **stayed** until **September 29, 2014**;

(2) The status and scheduling conference currently scheduled for **September 2, 2014, at 2:00 p.m.** is **CANCELLED**; and

(3) A status and scheduling conference shall be held on **September 29, 2014, at 2:00 p.m.** in Courtroom 15A, James A Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**